```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29226
    DENISE POMYKALA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6081


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 08/06/04 and confirmed on 11/05/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  16478.79 .

    4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   UNSECURED          175.01          .00         175.01
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         8833.68           .00        8833.68
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED           .00            .00
ASSOCIATED RECOVERY SYST   UNSECURED      NOT FILED           .00            .00
AT&T                       UNSECURED      NOT FILED           .00            .00
BAKER MILLER MARKOFF KRA   UNSECURED      NOT FILED           .00            .00
JP MORGAN CHASE BANK       UNSECURED      NOT FILED           .00            .00
JP MORGAN CHASE BANK       UNSECURED      NOT FILED           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED          990.52          .00         990.52
SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED           .00            .00
CHASE CARDMEMBER SRV       UNSECURED      NOT FILED           .00            .00
DISCOVER BANK              UNSECURED      NOT FILED           .00            .00
FINGERHUT CREDIT ADVANTA   UNSECURED      NOT FILED           .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED          669.53          .00         669.53
FIRST USA                  UNSECURED      NOT FILED           .00            .00
JEWEL FOOD STORES          UNSECURED      NOT FILED           .00            .00
JC PENNEY CO               UNSECURED      NOT FILED           .00            .00
JC PENNEY CO               UNSECURED      NOT FILED           .00            .00
MERCHANTS CREDIT CUIDE     UNSECURED      NOT FILED           .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
MONTGOMERY WARDS           UNSECURED      NOT FILED           .00            .00
NATIONAL CITY BANK         UNSECURED      NOT FILED           .00            .00
NCO FINANCIAL              UNSECURED      NOT FILED           .00            .00
NCO FINANCIAL              UNSECURED      NOT FILED           .00            .00
PIONEER CREDIT RECOVERY    UNSECURED      NOT FILED           .00            .00
PROVIDIAN NATIONAL BANK    UNSECURED      NOT FILED           .00            .00
RISK MANAGEMENT ALT INC    UNSECURED      NOT FILED           .00            .00
```

```
MARSHALL FIELDS              UNSECURED      NOT FILED            .00          .00
TARGET                       UNSECURED      NOT FILED            .00          .00
SHERMAN FINANCIAL GROUP      UNSECURED      NOT FILED            .00          .00
ASSET ACQUISITION GROUP      UNSECURED        4874.15            .00      4874.15
TATE & KIRLIN ASSOC          UNSECURED      NOT FILED            .00          .00
TRI COUNTY ACCTS BUREAU      UNSECURED      NOT FILED            .00          .00
TRI COUNTY ACCTS BUREAU      UNSECURED      NOT FILED            .00          .00
UNIFUND CORP OH              UNSECURED      NOT FILED            .00          .00
USA PAYDAY LOANS             UNSECURED      NOT FILED            .00          .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 8833.68 | 6709.21 | .00 | 15542.89 |
| PRINCIPAL PAID | .00 | 8833.68 | 6709.21 | .00 | 15542.89 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 8833.68 | 6709.21 | .00 | 15542.89 |

The Debtor's attorney, JAY M REESE                 , was allowed $        .00
and was paid $      .00 .

The Trustee received $   659.79 .

Refunds to the Debtor totaled $   276.11 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 04 B 29226 DENISE POMYKALA